Mark C. Meade
5 Heritage Rd.
Florham Park, New Jersey 07932
PRO SE
PLAINTIFF

IN UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
2011 FEB 16 P 12:09

DISTRICT OF NEW JERSEY

V.

KIDDIE ACADEMY
DOMESTIC FRANCHISING, LLC
(KADF) Michael Miller, Susan Wise, Bill Endress

DEFENDANTS

Case No. 11-900 (DMC)

........................................................................

### JURISDICTION
1) The court has jurisdiction under "DIVERSITY".
2) Plaintiff Mark C. Meade is a resident of Morris County New Jersey. Defendant is a resident of or has their principle place of business in Harford County, Maryland.
3) Court has jurisdiction as the suit involves SEC violations under Sec. 10 Rule 10b5.
4) Court has jurisdiction as defendants have violated FTC/UFOC rules and regulations.

### FACTS
1) Defendant is a FRANCHISOR who made false and misleading statements, and or ommisions of statements that the plaintiff relied on to enter into the franchise agreement.
2) Defendant made false and misleading statements in the preparation of an SBA business loan that harmed the plaintiff
3) Defendant failed to provide services promised by the franchise to the financial harm to the plaintiff
4) Defendent misrepresented that the purchasers (Plaintiff) will earn substantial income.
5) Defendant caused plaintiff to enter into agreements with equipment and service providers that were harmful to the plaintiff

All of the above statements are true, I am filing suit PRO SE, and certify the veracity of the above filing, under penalty of perjury.

Mark C. Meade, PRO SE Plaintiff

*[signature]*