NIXON PEABODY LLP
Craig R. Tractenberg (CT 6759)
437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000

Attorneys for Kiddie Academy Domestic Franchising, LLC, Michael Miller, Susan Wise and Bill Endres (misidentified as Bill Endress)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK C. MEADE,<br><br>Plaintiff,<br><br>- v -<br><br>KIDDIE ACADEMY DOMESTIC FRANCHISING, et. al.<br><br>Defendants. | DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT<br><br>Case No. 2:11-cv-00900 DMC-JAD |

TO:  Mark C. Meade
     5 Heritage Road
     Florham Park, NJ 07932
     *Pro Se Plaintiff*

**PLEASE TAKE NOTICE** that on April 18, 2011, or as soon as counsel may be heard, the undersigned attorneys for Defendants will move before the Honorable Dennis M. Cavanaugh, at the Martin Luther King, Jr. U.S. Courthouse and Federal Building, 50 Walnut Street, Newark, NJ 07101, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendants' Motion to Dismiss Plaintiff's Complaint in its entirety because Plaintiff lacks standing to bring the claims, the Complaint states no cognizable claims, and the express

13392783.1

provisions, waivers and disclaimers in applicable contracts and agreements bar the claims. In addition, Defendants' claim this is the improper forum and venue for this action.

In support of this motion, Defendants submit a Memorandum of Law in Support of Defendants' Motion to Dismiss and the Declaration of Craig R. Tractenberg, Esq., which authenticates the Franchise Agreement referenced in the Complaint.

Pursuant to L. Civ. R. 7. 1 (d)(2), Plaintiff must file any opposition to this motion within fourteen (14) days prior to the motion return date.

A proposed form of Order is being submitted to the Court in connection with this motion in accordance with L. Civ. R. 7.1(e)(1), and movant respectfully requests that the Court entr the proposed form of Order.

DATED:  March 17, 2011

**NIXON PEABODY LLP**

/s/ Craig R. Tractenberg
Craig R. Tractenberg (CT 6759)
437 Madison Avenue
New York, New York  10022-7001
(212) 940-3000
NIXON PEABODY LLP
*Attorneys for Defendants*